AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
ALMA L. ZAPIEN

)
)
)
)
)
)
)

Case No:  8:22CR215-001

USM No:  19406-510

Date of Original Judgment:          08/03/2023

Date of Previous Amended Judgment:  08/04/2023

*(Use Date of Last Amended Judgment if Any)*

David R. Stickman

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     60                   months **is reduced to**   57 months                   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     08/04/2023     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          02/26/2024

*Judge's signature*

Effective Date: _____

*(if different from order date)*

Robert F. Rossiter, Jr., Chief U.S. District Court Judge

*Printed name and title*